UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel Schneider |
| v. | : | Mag. No. 08-2031 (JS) |
| PRAVIN VASOYA | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Matthew J. Skahill, Assistant U.S. Attorney), and defendant Pravin Vasoya (by M.W. Pinsky, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days so that the defendant will have additional time to consult with his counsel, review and inspect discovery, and so that the parties may conduct plea negotiations, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has requested additional time to consult with counsel and review and inspect

discovery;

(2) The United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 25th day of June, 2008,

ORDERED that this action be, and it hereby is, continued for a period of 30 days from June 24, 2008; and it is further

ORDERED that the period from June 24, 2008 through and including July 23, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOEL SCHNEIDER
United States Magistrate Judge

Form and entry
consented to:

Matthew J. Skahill
Assistant U.S. Attorney

M.W. Pinsky, Esq.
Counsel for defendant Pravin Vasoya